Case 2:15-mj-00538-HGD   Document 5   Filed 03/18/15   Page 1 of 2

FILED
2015 Mar-18  PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Case No. 2:15-mj-00538-HGD** |
| | ) | |
| **CARLOS JUAREZ FLORES** | ) | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Case No. 2:15-mj-00539-HGD** |
| | ) | |
| **DAVID GUADARAMA BUENAVENTURA** | ) | |
| a/k/a **LUIS DAVID GUADARAMA RUBI** | ) | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Case No. 2:15-mj-00540-HGD** |
| | ) | |
| **ERIC GUADARAMA RUBI** | ) | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Case No. 2:15-mj-00541-HGD** |
| | ) | |
| **JORGE GANTE** | ) | |

## FINDING OF PROBABLE CAUSE

Based on the testimony at the preliminary hearing held in this matter on March 13, 2015, including testimony that each of the above-referenced defendants

Page 1 of  2

was involved in some respect in the distribution of twenty-two (22) kilograms of cocaine, the undersigned magistrate judge finds that there is probable cause to believe each defendant has committed an offense in violation of 21 U.S.C. § 846, conspiracy to possess with the intent to distribute in excess of five (5) kilograms of cocaine.

DONE this 18th day of March, 2015.

                                              HARWELL G. DAVIS, III
                                   UNITED STATES MAGISTRATE JUDGE